**Order entered May 14, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00253-CV

**DOROTHEA LASTER, Appellant**

**V.**

**SHARON THOMAS, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316**

## ORDER

Because Dallas County District Clerk Felicia Pitre has failed to comply with our April 27, 2015 order directing her to file, no later than May 1, 2015, a supplemental clerk's record containing the items designated by Dorothea Laster in her "First Supplemental Designation," we again **ORDER** Ms. Pitre to file the requested record. The record shall be filed no later than May 19, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and all parties.

/s/    CRAIG STODDART
       JUSTICE